RECEIVED
CHARLOTTE, N.C.
AUG 19 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:05CV-334

| | )
|---|---|
| MICHAEL G. HIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEST BUY CO., INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Plaintiff's motion pursuant to Rule 15(c) to substitute Best Buy Stores, L.P., in the place of Best Buy Co., Inc. as the Defendant in this action and to have said substitution relate back to the filing of the Complaint. The Court finds good cause for the motion and that Defendant consents to it. The motion is hereby GRANTED. The Plaintiff shall file and serve an amended complaint with an amended caption that names Best Buy L.P. as the Defendant.

So Ordered, this 29th day of August 2005.

_____
United States Magistrate Judge